# EXHIBIT A



# Advance Care Medical | Romeoville, IL



The Tenant in Common (TIC) interests sold by Millcreek Commercial Properties constitute interests in real property. They do not constitute securities. Consequently, federal and state laws regulating the sale of securities do not apply with respect to the sale of TIC interests, and purchases of TIC interests will not be entitled to the protection afforded to purchasers of securities under federal and state securities laws. Nothing in the attached offering documents should be construed as an offer or a solicitation of an offer to buy or sell securities.

**Office: 801.899.1943 | www.ELEVATED1031.com**

**Elevated 1031 | 2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT**

 

Advance Care Medical | Romeoville, IL

## Property Information

| | |
|---|---|
| **Tenant** | Advance Care Medical |
| **Location** | NWC Weber & Renwick Rd., Romeoville, IL |
| **Property Type** | Freestanding, Medical, Hospital |
| **Building Size** | 3,500 Square Feet |
| **Purchase Price** | $4,675,607.19 |
| **Cap Rate** | 6.25% |



Advance Care's mission and business strategy is to provide better, more consistent, comprehensive care solutions by vertically integrating urgent care facilities with ancillary services and new technologies. The intended outcome is to provide a broader continuum of patient care at a lower cost and generate significantly higher operating margins.

## Romeoville, IL

Romeoville is a suburb of Chicago and home to over 600 businesses. In 2013, Romeville won a Gold Medal from the International Economic Development Council and Atlas Integrated in the High Performance Economic Development category. Romeoville's estimated median household income in 2017 was $74,311.

## About Tenants-In-Common

Tenants-in-Common or TIC ownership allows multiple buyers to purchase an undivided percentage of a single piece of property. Each buyer receives his own deed to the property and benefits from all of the income, tax shelters and appreciation it provides. This Millcreek Commercial property has the following characteristics:

• Property is offered debt-free
• Long-term, corporate-guaranteed lease
• Satisfies IRS requirements for 1031 exchanges



Office | 619.436.1031

www.**ELEVATED1031**.com

## Lease Information

| | |
|---|---|
| **Lease Guarantor** | Healthcare Solutions Management Group |
| **Initial Lease Term** | 20 years |
| **Rent Increases** | 2% increases every year |
| **Renewal Options** | Two 5-year options |
| **20 Yr. Avg. Return** | 7.59% |

| Year | Gross Rent | Net Rent | Cap Rate |
|---|---|---|---|
| 2020 | $297,429.40 | $292,225.45 | 6.25% |
| 2021 | $303,377.99 | $298,069.96 | 6.38% |
| 2022 | $309,445.55 | $304,031.36 | 6.50% |
| 2023 | $315,634.46 | $310,111.98 | 6.63% |
| 2024 | $321,947.15 | $316,314.22 | 6.77% |
| 2025 | $328,386.09 | $322,640.51 | 6.90% |
| 2026 | $334,953.81 | $329,093.32 | 7.03% |
| 2027 | $341,652.89 | $335,675.19 | 7.18% |
| 2028 | $348,485.95 | $342,388.69 | 7.32% |
| 2029 | $355,455.67 | $349,236.46 | 7.47% |
| 2030 | $362,564.78 | $356,221.19 | 7.62% |
| 2031 | $369,816.07 | $363,345.62 | 7.77% |
| 2032 | $377,212.40 | $370,612.53 | 7.93% |
| 2033 | $384,756.64 | $378,024.78 | 8.09% |
| 2034 | $392,451.78 | $385,585.27 | 8.25% |
| 2035 | $400,300.81 | $393,296.98 | 8.41% |
| 2036 | $408,306.83 | $401,162.92 | 8.58% |
| 2037 | $416,472.97 | $409,186.18 | 8.75% |
| 2038 | $424,802.42 | $417,369.90 | 8.93% |
| 2039 | $433,298.47 | $425,717.30 | 9.11% |

 

Advance Care Medical  |  Romeoville, IL



## Advance Care Medical

Largest Network: Development of 350 Comprehensive Care Centers will create the most extensive branded system in the country.

Significant Margins: By vertically integrating, they will capture revenue and margins that have historically been "lost" in the channel to sales, marketing, and third-party providers. This will result in significantly enhanced operating margins.

Building a Brand: A key element to their strategy is to acquire reputable family practice to establish themselves in each community they target. Clusters of facilities will provide better access and more consistent care to patients in their system.

New Technologies: They intend to use new technologies and more comprehensive diagnostic capabilities to improve patient care and access and to give their medical teams more tools to provide superior care.

## Backed By Strength

Healthcare Solutions Holdings, Inc. "HSI" is a publicly-traded medical service and device company focused on providing clinicians with state-of-the-art diagnostic and therapeutic tools. HSI's mission is to provide clinicians with broader access to the most advanced technologies in the Healthcare Industry. Technology proliferation drives progressive methods of testing patients, leading to superior patient outcomes.

HSI not only helps physicians deliver better healthcare but also assists them in remaining compliant with industry best practices.

## The Tenant of Your Dreams

Millcreek Commercial is developing properties specifically for Advance Care Medical. ACM, in cooperation with Healthcare Solutions Holdings, Inc. (HSI), meets our pillars for success. With each property, ACM will sign a 20-year NNN lease with 2% rent escalations annually, all backed by an HSI corporate guarantee and insured by Lloyds of London.





## Romeoville, IL

Romeoville's motto, "Where Community Matters," demonstrates the village's commitment to providing quality services to their residents, businesses, and partners. They continue to make great strides to ensure that their residents and visitors have a positive, lasting impression of thier community. This is done through enhanced beautification efforts, superior public infrastructure, residential and business opportunities, and quality facilities to meet the needs of our growing population.

- The current population estimate is **39,793**
- Median Age: **32.5 years**
- Median Household Income is **$74,311**
- Total Households: **11,777**

- Owner Occupied: **82.3%**
- Renter Occupied: **17.7%**
- Median Home Price: **$166,500**
- Median Rental Rate: **$1,432**

One of the village's greatest assets is their location, and because of this, Romeoville is a premiere site for commercial and industrial development. The Village of Romeoville is enthusiastically committed to the many projects which will build upon the solid economic foundation already in place. Their many resources and plans for future development have created an environment that will attract new businesses and new neighbors.



Advance Care Medical  |  Romeoville, IL







Advance Care Medical  |  Romeoville, IL







Advance Care Medical | Romeoville, IL

## Lease Abstract

| | |
|---|---|
| Tenant | Advance Care Medical |
| Guarantor | Healthcare Solutions Management Group |
| Address | NWC Weber & Renwick Rd., Romeoville, IL |
| Building Size (SF) | 3,500 SF |
| Year Built | 2019 - 2020 |
| Rent Commencement | July 2020 |
| Lease/Rent Expiration | July 2040 |
| Lease Term Remaining | 20 Years |
| Annual Base Rent | $ 297,429.40 |
| Rental Increases | 2% annual |
| Renewal Options | Three five-year options |
| Renewal Notice | 6 months |
| Option Increases | Yes |
| Lease Type | Absolute NNN bonded |
| Landlord Responsibilities | Zero |
| Insurance/Taxes/CAM/Utilities | Tenant |
| ROFO | No |
| Estoppel | On file |
| Default Bond | 1 year of rent payments if in the first 48 months |
| Ownership Interest | Fee simple estate |



*Scott Rutherford*

**619.436.1031** | contact@elevated1031.com

**Elevated 1031  |  2100 S Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT**