!
!
!

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| VISHWA N. KHANNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; KGL ADVISORS, LLC; KGL REAL ESTATE DEVELOPMENT, PLLC; AND MOUNTAIN WEST COMMERCIAL LLC**<br><br>Case No.: 2:25-cv-00906-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Ceclia M. Romero |

Before the Clerk of Court is Plaintiffs' Motion for Entry of Default Certificates.[1] This matter commenced in October of 2025.[2] The First Amended Complaint is the operative pleading.[3] In this action, Millcreek Commercial Properties, LLC, Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC, and Mountain West Commercial, LLC (collectively Defendants) were served with a copy of the First Amended Complaint consistent Fed. R. Civ. P. 4 and the court's Order.[4] Defendants have failed to appear or otherwise respond, and the time for Defendants to so respond has now expired.

Additionally, Plaintiffs move for default against ADP-Millcreek 1.[5] Plaintiffs served

!

[1] Docket No. 146.
[2] Docket No. 1.
[3] Docket No. 7.
[4] Docket Nos. 50 – 53, 57, 147.
[5] Docket No. 146.



!

! !

!

a copy of the Summons and First Amended Complaint on ADP-Millcreek 1 outside of the time permitted under the court's Order.[6]

In turn, the default of Millcreek Commercial Properties, LLC, Millrock Investment Fund 1 Management, LLC, KGL Real Estate Development, PLLC, KGL Advisors, LLC, and Mountain West Commercial, LLC is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this 9th day of November, 2026.

BY: ______________________________

!

[6] Docket Nos. 81, 147.



!