Stuart H. Schultz, #02886
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
sschultz@strongandhanni.com
*Attorney for Defendants Mary Street and CAMS Realty, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VISHWA N. KHANNA; TOP CALIBER VENTURES, LLC; MELODY R. SQUIRES; THE SQUIRES FAMILY TRUST; KARL BODILY; LOIS BODILY; NICHOLAS KAPRELIAN; DANIELLE KAPRELIAN,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; SPENCER TAYLOR; BRENT SMITH; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAMA LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; | **REQUEST TO SUBMIT FOR DECISION**<br><br>**MARY STREET AND CAMS REALTY, LLC's MOTION TO DISMISS FOR FAILURE TO TIMELY SERVE SUMMONS AND COMPLAINT**<br><br>Civil No.: 2:25-cv-00906<br><br>Judge Howard C. Nielsen<br><br>Magistrate Judge Cecilia M. Romero |

CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; ADP-MILLCREEK 1, LLC; CONSTANCE L. GREENAWALT; EASTERN 1031 STARKER EXCHANGE, LLC; EASTERN 1031 STARKER EXCHANGE, LLP; SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031,

Defendants.

Pursuant to DUCivR 7-3, Defendants Mary Street and CAMS Realty, LLC (hereinafter "Defendants") file this Request to Submit for Decision their Motion to Dismiss for Failure to Timely Serve Summons and Complaint (hereinafter "Motion") and represent as follows:

1. Defendants' Motion [Docket 70] was filed on June 17, 2026.
2. Plaintiffs' Opposition to the Motion [Docket 96] was filed on July 6, 2026.
3. Defendants' Reply [Docket 103] was filed on July 20, 2026.
4. No hearing has been requested.
5. For clarity sake, Defendants also note that this Court issued an Order on November 9, 2026, granting Plaintiffs a retroactive extension to complete service through May 15, 2026 [Docket 147]. Defendants' Motion is nonetheless ripe for decision because service was effected on them on May 27, 2026 [Dockets 61 and 62].

DATED this 10th day of November, 2026.

STRONG & HANNI

/s/ Stuart H. Schultz

Stuart H. Schultz
*Attorney for Mary Street and CAMS*

**CERTIFICATE OF MAILING**

I hereby certify that on this 10th day of November 2026, a true and correct copy of the foregoing **MARY STREET AND CAMS REALTY, LLC's MOTION TO DISMISS FOR FAILURE TO TIMELY SERVE SUMMONS AND COMPLAINT** was filed with the court using the CM/ECF system, which notifies all parties that have made an appearance in this matter.

*/s/ LaNae Holland*